# Third District Court of Appeal

## State of Florida

Opinion filed March 4, 2026.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D25-0099
Lower Tribunal No. 20-14876-CC-25
_____

**Dade Medics and Rehab Centers LLC a/a/o Elizabeth Artiles,**
Appellant,

vs.

**Infinity Indemnity Insurance Company,**
Appellee.

An Appeal from the County Court for Miami-Dade County, Gloria Gonzalez-Meyer, Judge.

George A. David, P.A., and Christian Carrazana, for appellant.

Law Offices of Terry M. Torres & Associates, and Robert Phaneuf, for appellee.

Before FERNANDEZ, MILLER and BOKOR, JJ.

PER CURIAM.

Affirmed. <u>See</u> <u>Ibarra v. Ross Dress for Less, Inc.</u>, 350 So. 3d 465, 467 (Fla. 3d DCA 2022) ("Summary judgment is appropriate where the movant shows that there is no genuine dispute as to any material fact and the movant is entitled to judgment as a matter of law." (quotation omitted)); <u>Philbin ex rel. Edwards v. Am. States Ins. Co.</u>, 729 So. 2d 484, 485 (Fla. 4th DCA 1999) ("The record reveals that there are no material issues of fact since the record undisputably shows that [claimant] was not a resident relative of his parents' household.").